# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KAREN BOLYER** | **CIVIL ACTION NO. 3:18-cv-00268** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CIRCLE H TRUCKING OF ASHLEY, LLC ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand [Doc. No. 9] filed by plaintiff Karen Bolyer is **DENIED**.

**MONROE**, **LOUISIANA**, this 25th day of May, 2018.

											_____
											**TERRY A. DOUGHTY**
											**UNITED STATES DISTRICT JUDGE**